IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40996
Summary Calendar

_____

JESUS CASTILLO,

Plaintiff-Appellant,

versus

JOHN J. CALLAHAN, Commissioner
of Social Security,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-94-CV-554
- - - - - - - - - -
June 12, 1997
Before WISDOM, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Jesus Castillo appeals the district court's judgment upholding the final decision of the Commissioner awarding him only a closed period of disability beginning on August 10, 1990 and ending on February 5, 1992.

We have reviewed the record and the briefs of the parties. We find that the Commissioner's decision is supported by

_____

[*] The court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

substantial evidence and that the magistrate judge did not err by denying Castillo's motion to remand based upon new and material evidence. We agree with the district court's determination that there is no reasonable possibility that the evidence would have changed the outcome of the administrative law judge's decision.

AFFIRMED.